FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Farmers Insurance Exchange

\_\_\_ FILED          \_\_\_ RECEIVED
\_\_\_ ENTERED        \_\_\_ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 0 1 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BURHANS on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE and DOES 1-50, inclusive,<br><br>                    Defendant. | Case No. 3:19-cv-00360-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including August 16, 2019 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 10). The Complaint sets forth three causes of action (88 paragraphs of allegations) and has fourteen prayers of relief, and Defendant will need further time to investigate the facts

- 1 -

FPDOCS 35776419.1

1 | and relief sought. This is the first request for an extension of this deadline.

| | |
|---|---|
| FISHER & PHILLIPS | THIERMAN BUCK LLP |
| By: /s/ | By: /s/ |
| Scott M. Mahoney, Esq. | Joshua R. Hendrickson, Esq. |
| 300 S. Fourth Street | 7287 Lakeside Drive |
| Suite 1500 | Reno, NV 89511 |
| Las Vegas. NV 89101 | Attorneys for Plaintiff |
| Attorney for Defendants | |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 8/1/2019

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101