FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
Farmers Insurance Exchange

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 16 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BURHANS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 3:19-cv-00360-MMD-CBC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including August 26, 2019 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 10). Defense counsel still needs to receive and review documents to respond to a few specific allegations of the Complaint. This is the second request for an extension of this

- 1 -

35941309

1  deadline.

2  FISHER & PHILLIPS

3  By: /s/
4  Scott M. Mahoney, Esq.
   300 S. Fourth Street
5  Suite 1500
   Las Vegas. NV 89101
6  Attorney for Defendants

THIERMAN BUCK LLP

By: /s/
Joshua R. Hendrickson, Esq.
7287 Lakeside Drive
Reno, NV 89511
Attorneys for Plaintiff

IT IS SO ORDERED:

_____
United States Magistrate Judge
Dated: 8/16/2019