FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
Farmers Insurance Exchange

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BURHANS on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FARMERS INSURANCE EXCHANGE and DOES 1-50, inclusive, <br><br> Defendant. | Case No. 3:19-cv-00360-MMD-CBC <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| FISHER & PHILLIPS | THIERMAN BUCK LLP |
|---|---|
| By: /s/ Scott M. Mahoney <br> Scott M. Mahoney, Esq. <br> 300 S. Fourth Street <br> Suite 1500 <br> Las Vegas. NV 89101 <br> Attorney for Defendants | By: /s/ Joshua R. Hendrickson <br> Joshua R. Hendrickson, Esq. <br> 7287 Lakeside Drive <br> Reno, NV 89511 <br> Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2021

- 1 –